In the Matter of FRANK ERICKSON, Appellant, against ALBERT WILLIAMS, as Commissioner of Correction, et al., Respondents.

Argued February 26, 1951; decided March 8, 1951.

*Harold H. Corbin, Edward J. Bennett* and *David E. Pitcher, Jr.,* for appellant.

*John P. McGrath, Corporation Counsel (Saul Moskoff* and *Seymour B. Quel* of counsel), for respondents.

*Rudolph Halley, Chief Counsel (David Í. Shivitz* of counsel), for Special Committee to Investigate Organized Crime in Interstate Commerce.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.